**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD EDWARD SPEARMAN, | No. 2:21-CV-1214-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SAM BERRI TOWING, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 5, for leave to proceed in forma pauperis. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: September 2, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1